### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–11449 – DER**   Chapter: **7**

**Lynn A Fulmore**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 34 – Motion to Sell 6417 Lauren Lane, Spring Grove, PA Free and Clear of Liens and Notice of Motion. The filing fee is EXEMPT – Filed on behalf of the United States. Notice Served on 12/3/2018, Filed by Brian A. Goldman. Objections due by 12/24/2018. with three additional Court days allowed if all parties are not served electronically. Hearing scheduled for 01/14/2019 at 03:00 PM – Courtroom 9–D. (Attachments: # 1 Index # 2 Proposed Order) (Goldman, Brian) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/26/18. The Motion to Sell Free and Clear was not filed along with Filing Fee was not with the Notice Motion.** |
| CURE: | Please File the Motion to Sell Free and Clear using correct Event Code with Filing Fee of $181.00. |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 12/11/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jean Johnson
410–962–4221

cc:   Debtor

   Attorney for Debtor – Jason E. Miles

defntc (rev. 12/12/2016)